## Monk SAMUELS v. STATE.
### No. 15513.

Court of Criminal Appeals of Texas.
Jan..4, 1933.

James Thomason, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, J.**

The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

It was charged in the indictment that appellant transported intoxicating liquor. The judgment recites that appellant is guilty of the offense of transporting liquor, and the sentence is in like terms. The judgment and sentence are reformed in order that it may be shown that appellant is condemned to confinement in the penitentiary for the offense of transporting intoxicating liquor.

As reformed, the judgment is affirmed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Jack L. TATE v. STATE.
### No. 15759.

Court of Criminal Appeals of Texas.
Dec. 21, 1932.

George E. Cooper and Frank W. Steinle, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, J.**

Conviction for robbery; punishment, thirty years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear to be regular.

The judgment will be affirmed.

## Pete VAIL v. STATE.
### No. 15736.

Court of Criminal Appeals of Texas.
Dec. 21, 1932.

L. C. Heath, of Tahoka, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, J.**

The offense is theft; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by affidavit, the appeal is dismissed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.